# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

**In Re:**   :
    Jose M. Frias   :
    Mary S. Frias   :
                               :   Case No. 15-10271-RGM
                               :
         Debtor   :   Chapter: 13
                               :

## **MOTION TO DISMISS**

COMES NOW Jose M. Frias and Mary S. Frias, and represents to this Honorable Court as follows:

1. Debtors filed a petition for relief under Chapter 13 of the Bankruptcy Code on January 27, 2015, and an order for relief was entered.

2. This case has not been converted under 11 USC §§ 706, 1112, or 1208.

WHEREFORE, Debtors pray for an order dismissing the above styled case without prejudice pursuant to 11 USC 1307(b).

Date: June 16, 2014                        Jose M. Frias,
                                               Mary S. Frias, Debtors
                                               By Counsel

/s/   *John D. Sawyer*
John D. Sawyer, Esq.
Sawyer & Azarcon, P.C.
10605 B-2 Judicial Drive
Fairfax, VA 22030
VA State Bar No. 28170
(703) 893-0760
Counsel for Debtor

**CERTIFICATE OF SERVICE**

   I certify that on this 16th day of June, 2015, copies of the foregoing Debtor's Motion to Dismiss were mailed postage prepaid to the Chapter 13 Trustee, and to all parties on the attached matrix.

                          /s/ John D. Sawyer
                          John D. Sawyer, Esq.

[Frias.JM.MTN.dis]

Jose M Frias
707 Morningside Court
Herndon, VA 20170

Affiliatedcr
176 Thompson Lane
Nashville, TN 37211

Diversified
P O Box 551268
Jacksonville, FL 32255

Focused Recovery Solut
9701 Metropolitan Ct Ste
North Chesterfield, VA 23236

Four Seasons Recreation Assoc., Inc.
1201 Herndon Pkwy
Herndon, VA 20170-4204

IRS Insolvency Groups
400 N. 8th St. Box 76
Stop Room 898
Richmond, VA 23240

Navy Federal Cr Union
Po Box 3700
Merrifield, VA 22119

Professnl Acct Mgmt In
Pam Po Box 391
Milwaukee, WI 53201

Selene Finance Lp
9990 Richmond Ave Ste 40
Houston, TX 77042

Transworld System Inc/
2235 Mercury Way
Santa Rosa, CA 95407

VA Dept of Taxation
PO Box 2369
Richmond, VA 23218