```
                    UNITED STATES BANKRUPTCY COURT
                      EASTERN DISTRICT OF VIRGINIA
                          ALEXANDRIA DIVISION

In re:                          )
    Jose M. Frias               )
    Mary S. Frias               )
                                )Case No. 15-10271-RGM
                                )Chapter 13
           Debtors
_____
```

## NOTICE OF MOTION

  Debtors have filed papers with the Court to voluntarily dismiss their case.

  **<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

  If you do not want the Court to grant the relief sought in the motion (or objection), or if you want the Court to consider your views on the motion (or objection), then you or your attorney must:

  File with the Court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

```
                    Clerk of Court
                    United States Bankruptcy Court
                    200 S. Washington Street
                    Alexandria, VA

   You must also mail a copy to:   Sawyer & Azarcon
                                   10605 B-2 Judicial Drive
                                   Fairfax, VA 22030
```

[ ]  Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the Court may grant the relief without holding a hearing**

  If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

```
Date:     June 16, 2015           Jose M. Frias
                                  Mary S. Frias, Debtors
                                  By Counsel
```

*/s/ John D. Sawyer*
John D Sawyer, Esq.
Sawyer & Azarcon
10605 B-2 Judicial Drive
Fairfax, Va 22030
(703) 893-0760
Virginia State Bar No. 28170
Counsel for Debtor(s)

<u>Certificate of Service</u>

I hereby certify that I have this 16th day of June, 2015, mailed or hand-delivered a true copy of the foregoing Notice of Motion (or Objection) to the parties listed on the attached service list.

*/s/ John D. Sawyer*
John D Sawyer, Esq.

[Frias.JM.NTC.dis.wpd]

Jose M Frias
707 Morningside Court
Herndon, VA 20170

Affiliatedcr
176 Thompson Lane
Nashville, TN 37211

Diversified
P O Box 551268
Jacksonville, FL 32255

Focused Recovery Solut
9701 Metropolitan Ct Ste
North Chesterfield, VA 23236

Four Seasons Recreation Assoc., Inc.
1201 Herndon Pkwy
Herndon, VA 20170-4204

IRS Insolvency Groups
400 N. 8th St. Box 76
Stop Room 898
Richmond, VA 23240

Navy Federal Cr Union
Po Box 3700
Merrifield, VA 22119

Professnl Acct Mgmt In
Pam Po Box 391
Milwaukee, WI 53201

Selene Finance Lp
9990 Richmond Ave Ste 40
Houston, TX 77042

Transworld System Inc/
2235 Mercury Way
Santa Rosa, CA 95407

VA Dept of Taxation
PO Box 2369
Richmond, VA 23218