UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In Re: **Jose M. Frias and Mary S. Frias**         Case No. **15-10271-RGM**

Debtor(s)                                          Chapter: **13**

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. Claimant is the debtor in the above captioned bankruptcy case and on whose behalf funds were deposited. We have a right to claim said funds due to the following: **Never received refund check after case was dismissed.**

Name of Claimant: **Jose M. Frias and Mary S. Frias**

Mailing Address: **707 Morningside Court**

City: **Herndon**          State: **VA**    Zip Code: **20170**

Telephone Number: **(951) 662-2603**

Amount of Claim: **$5,672.22**

RICHMOND DIVISION
FILED
AUG -2 2016
CLERK
U.S. BANKRUPTCY COURT

Claimant certifies under penalty of perjury that all statements made by Claimant on this motion and any attachments required for this Motion is, to the best of Claimants' knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the dividend due upon this claim.

_____    _____    3/16/16
Jose M. Frias              Mary S. Frias              Date

I certify that I have examined the motion and documents presented by the debtor/claimant establishing identity. Sworn and subscribed before me this 16 of March, 2016

_____
Notary Public                                          notary seal

ELIZABETH ANN SCHIAVONE
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
Expires March 31, 2017
ID #: 7545815

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF VIRGINIA

In re:
Case No. **15-10271-RGM**

Chapter: **13**

Debtor: **Jose M. Frias and Mary S. Frias**

## CERTIFICATE OF SERVICE

Notice is hereby given that on ___7/20/2016___, a copy of the MOTION FOR PAYMENT OF UNCLAIMED FUNDS was served at the following address by U.S. Mail to:

The United States Attorney's Office
Eastern District of Virginia
919 East Main Street
Suite 900
Richmond, VA   23219

United States Trustee
701 E Broad Street Ste4304
Richmond, VA   23219

**Amount of Unclaimed Funds:**

**Total: $5,672.22**

_____   3/16/16
Jose M. Frias                Date





## UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA

In Re:

    Jose M Frias                              Case # 15-10271-RGM
    and
    Mary S Frias

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check, or checks, payable to the "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. Unclaimed funds represent the dividend(s) due and payable to the entity identified as the original payee on the face of the enclosed check(s).

| PAYEE | AMOUNT |
|---|---|
| JOSE M FRIAS<br>707 Morningside Court<br>Herndon, VA 20170 | $5,672.22 |

Dated:     December 31, 2015         __/s/Thomas P. Gorman_____
                                                             Thomas P. Gorman
                                                             300 North Washington Street, Ste. 400
                                                              Alexandria, VA 22314
                                                               (703) 836-2226
                                                              VSB#26421