# United States Bankruptcy Court
## Eastern District of Virginia
Alexandria Division

**TO:**

Jose M. Frias
Mary S Frias
707 Morningside Court
Herndon, VA 20170

**In re:**  Jose M Frias
Mary S Frias
**Case Number**  15–10271–RGM
**Chapter**  13

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*40* – Motion for Return of Unclaimed Funds filed by Jose M Frias, Mary S Frias. Objection(s) due by 8/23/2016. (Ramirez–Lowe, Suzan)

**REQUIREMENTS OF FORM/PROCESS:**

\_  Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.

\_  Please prepare and submit to the Court an Order Extending Stay, which may be obtained from the Court's web site at www.vaeb.uscourts.gov under Bankruptcy Forms.*

**X**  Filing not accompanied by a Notice of Motion which contains a 21–day deadline for filing any objections.

**MOTION FOR EXPEDITED HEARING [LBR 9013–1(N)]:**

\_  Not accompanied by Certification Regarding Request for Expedited Hearing*.

\_

**MOTION FOR RELIEF FROM STAY AND/OR CODEBTOR STAY [LBR 4001(a)(1)]:**

\_  Not accompanied by proof of service indicating service of motion upon parties required to be served.

\_  Notice as required by LBR 4001(a)–1(C) not clearly stated or conspicuously provided in motion.

\_  Caption of codebtor stay does not clearly state the subsection of 11 U.S.C. 1301 under which party is proceeding.

\_

**NOTICE OF MOTION OR OBJECTION/NOTICE OF HEARING:**

\_  Official Form 20A* – Notice of Motion or Objection. The Notice must be in substantial compliance with the official form and must accompany the Motion or Objection when filed.

\_  Official Form 20B* – Notice of Objection to Claim. The Notice must be in substantial compliance with the official form and must accompany the objection when filed.

\_  Date, time and/or location omitted or incorrect in Notice of Hearing.

\_  Notice of Hearing/Response not properly linked to Motion/Application/Objection

\_

*A copy of the above–referenced forms may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date:  August 3, 2016

CLERK, UNITED STATES BANKRUPTCY COURT

By /s/ Denise S. Williams, Deputy Clerk
Direct Dial Telephone No. (703) 258–1274

[igmotionvOct2013.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                  Case No. 15-10271-RGM
Jose M Frias                                                            Chapter 13
Mary S Frias
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-9         User: williamsd        Page 1 of 1          Date Rcvd: Aug 03, 2016
                             Form ID: igmotion      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2016.
db/jdb          +Jose M Frias,   Mary S Frias,   707 Morningside Court,   Herndon, VA 20170-4108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2016 at the address(es) listed below:
          John D. Sawyer   on behalf of Joint Debtor Mary S Frias tysonlaw111@aol.com,
           jds@sawyerazarcon.com;tysonlaw111@aol.com
          John D. Sawyer   on behalf of Debtor Jose M Frias tysonlaw111@aol.com,
           jds@sawyerazarcon.com;tysonlaw111@aol.com
          Robert K. Coulter   on behalf of Creditor   UNITED STATES OF AMERICA robert.coulter@usdoj.gov,
           USAVAE.ALX.ECF.BANK@usdoj.gov
          Thomas P. Gorman   ch13alex@gmail.com,  tgorman26@gmail.com
                                                                        TOTAL: 4