# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

_____Alexandria_____ **Division**

**In re**  Jose M Frias                                              **Case No.**  15-10271-KHK
         Mary S Frias

         **Debtor(s)**                                                **Chapter**  13

         **Plaintiff(s)**                                             **AP No.** *[If applicable]*

**v.**

         **Defendant(s)**

## ORDER STRIKING PLEADING

A __Motion for Return of Unclaimed Funds_____, having been filed by __Jose M. Frias and Mary S. Frias__, on _____August 2, 2016_____, and proponent having failed to timely cure the deficiencies as set forth in the

Notice of Filing Deficiency pursuant to the provisions of LBR 5005-1(E)

it is, therefore

**ORDERED** that the above pleading(s) is/are stricken from the record in the above-referenced case or adversary proceeding.

                                        WILLIAM C. REDDEN
                                        Clerk of Court

Date:  June 28, 2018                    By /s/ Dayna Huntington
                                           Deputy Clerk


                                        NOTICE OF JUDGMENT OR ORDER
                                        ENTERED ON DOCKET  June 28, 2018

[ostrkpldg ver. 12/09]